UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACKIE WARREN DEMIJOHN,

                    Plaintiff,                    Case Number 05-10322
                                                  Honorable David M. Lawson

v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

_____/

**JUDGMENT**

In accordance with the Opinion and Order entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is **GRANTED** in favor of the

plaintiff and against the defendant.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner

is **REVERSED**, and the case is **REMANDED** for an award of benefits.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated: October 23, 2006

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on October 23, 2006.

                    s/Felicia M. Moses
                    FELICIA M. MOSES